UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 19−80176**
**Chapter: 7**

**FILED**
Feb. 26, 2019
Therese Buthod, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

Ronnie Burton
317 N Phifer Drive
Tishomingo, OK 73460

Delonda Burton
317 N Phifer Drive
Tishomingo, OK 73460

Social Security No.:
xxx−xx−7052

xxx−xx−5523

Employer's Tax I.D. No.:

### Notice to File Statement of Intent

NOTICE Pursuant to 11 USC Sec. 521(a)(2) an Individual Chapter 7 Statement of Intent was not filed. The Debtor(s) / Debtor Attorney has 30 days from the date of filing or conversion of the case or on or before the date of the meeting of creditors whichever is earlier to file required statement. If an extension is not granted by Court order, prior to the original due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing. Statement of Intent due 3/28/2019. (Corley, Cheryl)

Dated: February 26, 2019

**Therese Buthod, Clerk
U.S. Bankruptcy Court**